UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRE B. YOUNG

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

CASE NO. C06-1687-JCC

ORDER OF DISMISSAL

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation (Dkt. No. 65);

(2) Defendants' Motions to Dismiss (Dkt. Nos. 24 and 47 ) are GRANTED, and Plaintiff's complaint (Dkt. No. 1) is DISMISSED with prejudice;

(3) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and to Judge Donohue.

DATED this 8th day of July, 2008.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL
PAGE - 1